# UNITED STATES DISTRICT COURT

*For*

*The District of Rhode Island*

Joseph Mcfadden :

:

vs. : CA.

:

A.T. Wall E.T.A.L. :

CA 07 419S

:

MOTION FOR SERVICE OF PROCESS

Now comes the Plaintiff in the above entitled action and moves this Honorable Court for service of process by the United States Marshal Service. The Defendant(s) have failed to answer the Acknowledgment of Service form, as required pursuant to Rule 4(c)(C)(ii) of the Federal Rules of Civil Procedure. The Plaintiff asks this Court to order the United States Marshal to serve the Defendant(s), pursuant to Rule 4(c)(D) of the Federal Rules of Civil Procedure. The Plaintiff also asks this Court to grant fees and costs to the service process agency.

For the reasons stated in this Motion, the Plaintiff prays that this Court grant the relief sought herein.

Joseph Mcfadden