11/16/07

Joseph mcfadden
V
A.t. wall
Jake Gadsen
James weeden
Lt. Chappell

Dear court clark

my name is Joseph mcfadden
I sent my civil law suit to
the federal District court of RI
court house last week. the civil
suit: Dated 10/26/07. I would
like to Drop all claims if Possible?
I never sent a copy to the AG's offic-
and I'm not going to. if it is not
to late, can you discard ~~my~~ ~~my~~
my suit? throw it away? thank you

sincerely

Joseph Mcfadden

[illegible] FILED