11/16/07

Joseph McFadden
v.
A.T. Wall
Jake Gadsen
James Weeden
Lt. Chappell

Dear court clerk

my name is Joseph McFadden I sent my civil law suit to the federal District court of RI court house last week. the civil suit: Dated 10/26/07. I would like to Drop all claims if Possible? I never sent a copy to the AG's offic- and I'm not going to. if it is not to late, can you disregard ~~all~~ my suit? throw it away? thank you

sincerely

Joseph McFadden

The above action is voluntarily dismissed by the plaintiff pursuant to FRCP 41(a).

ENTER [signature]
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 11/26/07